# First District Court of Appeal
## State of Florida

—————————————————

No. 1D20-1552

—————————————————

Marquis Xavier Goodwin,

Appellant,

v.

State of Florida,

Appellee.

—————————————————

On appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

September 30, 2021

Per Curiam.

Affirmed.

Osterhaus, Bilbrey, and Tanenbaum, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Rick A. Sichta and Susanne K. Sichta of The Sichta Firm, LLC, Jacksonville, for Appellant.

Ashley Moody, Attorney General, and Virginia Chester Harris, Assistant Attorney General, Tallahassee, for Appellee.